**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BENJAMIN RAMEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-2132 (RJL) |
| | ) |
| POTOMAC ELECTRIC POWER COMPANY, | ) |
| | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Potomac Electric Power Company ("Pepco"), by counsel, submits the following corporate disclosure statement in accordance with Local Rule 7.1.

Pepco is a District of Columbia and Virginia corporation engaged principally in the electric utility business. Pepco is a wholly-owned subsidiary of Pepco Holdings, Inc., which has outstanding securities in the hands of the public.

This information is provided only so that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
Connie N. Bertram (Bar No. 435840)
Winston & Strawn LLP
1700 K St., NW
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (fax)

December 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December 2007, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served by first class mail, postage prepaid on the following:

>Benjamin Ramey
>4251 Clay Street, NE
>Washington, DC 20019

___/s/_____
Connie N. Bertram
