IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN RAMEY,

  PLAINTIFF,

V.                                         No. 07-2132   (RJL)

POTOMAC ELECTRIC POWER
COMPANY,

  DEFENDANT.

### PLAINTIFF'S MOTION TO EXPOSE DEFENDANT'S OUTRAGEOUS BEHAVIOR AS SIMILAR

1. On numerous occasions during a four year period, Counsel's for Defendant, Pepco have been lying in all tribunals to discredit Plaintiff's credibility, such as being an alcoholic, but never once have proven or could have proven a pattern of Plaintiff being an alcoholic, let alone an alcoholic.

2. Plaintiff's only intention in filing this motion is to make the Court aware of the Defendant's track record and the manager, David Duarte who had Plaintiff's alcohol test altered, that Counsel was aware of.

Ex. 1, An artical of a difference situation, but same Defendant in Plaintiff's case and same player, David Duarte who recently, allegely retired.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of this motion to be mailed first class postage pre-paid on the 13TH day of FEB. 2007 to the following indivisual:

CONNIE BERTRAM
1700 K ST. N.W.
WASH. D.C., 20006

*Benjamin Ramey*
BENJAMIN RAMEY
4251 CLAY ST. N.E.
WASH. D.C., 20019

RECEIVED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



## Law

### Spied-upon workers get $1.4M verdict

BRENDAN KEARNEY
Daily Record Legal Affairs Writer
January 31, 2008 6:21 PM

A Prince George's County jury has awarded nearly $1.4 million to two longtime Pepco employees who were surreptitiously tracked by private investigators hired by the Washington utility.

After a three-day trial before Judge Maureen M. Lamasney, the jury found Potomac Electric Power Co. was negligent in its attempt to verify rumors that Mark Cawood and Joseph Joyner, both 30-year Pepco veterans, had been skipping out of work early.

"Pepco never met with the gentlemen, called the gentlemen, or otherwise contacted them to confirm that the investigation had taken place ... to tell them why the investigation had ever started," said Michael J. Winkelman, attorney for Cawood and Joyner. "So they were very much left in limbo, wondering the answers to all of those questions.

"The only way they found out the answers ... was by filing suit."

Both men reported to work Thursday, Winkelman said, but a Pepco spokeswoman said the case is not over.

"We are still in litigation," said Debbi Jarvis, the spokeswoman. "The company strongly disagrees with the jury's verdict, and we intend to pursue all available legal remedies."

**Under surveillance**

The men are both trainers in the underground lines department at the utility's Benning Road power plant on the Anacostia River.

According to Winkelman, Cawood, a 52-year-old Calvert County resident, first noticed a "10-inch long, 4-inch thick cylinder with magnets on it, attached to the undercarriage of [his automobile], with a cell phone inside" in September 2005.

Just days later, Joyner, 54, noticed a strange van parked in his Lanham neighborhood and realized that he was being followed.

Through their union president, the men learned that Pepco had hired Montgomery Investigative Services LLC to spy on them; and in January 2006, a supervisor confirmed that the investigation was ongoing, Winkelman said.

"That was the proverbial straw that broke the camel's back for the two gentlemen," he said. "They had been living in this paranoid anxious state for many months."

Both men then took medical leave — Joyner for more than a month, Cawood for more than five months — during which they received medication and therapy, Winkelman said.

Cawood, Joyner and Joyner's wife retained Winkelman's firm, McCarthy & Winkelman LLP of Bowie, which filed suit on their behalf in May 2006.

The 10-count complaint included causes of action for negligence, defamation and civil conspiracy, and sought $2 million in compensatory and punitive damages.

At trial, Winkelman and co-counsel Kevin J. McCarthy called Pepco manager Reginald McCauley and David Duarte of its human resources department.

"[McCauley] goes to Duarte and says, 'Begin the investigation,'" Winkelman said. "And Duarte does it."

Cawood and Joyner's treating psychiatrists and therapists also testified, Winkelman said.

At the end of the plaintiffs' case Wednesday, Lamasney threw out most claims against Montgomery Investigative Services, leading the plaintiffs to settle with the Silver Spring firm.

Scott D. Goetsch, who represented the private investigators, called the settlement "small" and "favorable."

"There was no evidence presented against Montgomery Investigative Services that they did anything wrong," said Goetsch, of Moore & Jackson LLC in Towson.

Lamasney also dismissed much of the suit against Pepco, which was represented by William P. Flanagan and Christine M. Burke of the McLean, Va., office of Hogan & Hartson LLP.

Only the negligence and loss of consortium claims went to the jury, which returned its decision around 5 p.m. Wednesday

after about two hours of deliberation, Winkelman said.

Cawood received $750,000 in non-economic damages, which could be reduced to $650,000 by Maryland's cap on such damages, Winkelman said. Cawood also was awarded $16,000 in lost wages and $3,000 in past medical expenses.

Joyner received $550,000 in non-economic damages, $50,000 for loss of marital relations, $10,000 in past lost wages and $1,000 in past medical expenses.

Winkelman said the final settlement offer from Pepco had been $100,000.

**Investigate**
SEARCH RELATED STORIES

**Respond**
Email the Reporter
Email the Editor
Submit letter to the Editor
Order a Reprint
Print this story
Email this story



MedStar Health
Trusted Leader • Caring for People • Advancing Health