# WINSTON & STRAWN LLP

1700 K STREET, N.W., WASHINGTON DC 20006-3817
TELEPHONE: 202-282-5000   FACSIMILE: 202-282-5100

35 W WACKER DRIVE   200 PARK AVENUE   333 SOUTH GRAND AVENUE   101 CALIFORNIA STREET   100 NORTH TRYON STREET   43 RUE DU RHONE   25 AVENUE MARCEAU   99 GRESHAM STREET
CHICAGO, IL 60601   NEW YORK, NY 10166   LOS ANGELES, CA 90071   SAN FRANCISCO, CA 94111   CHARLOTTE, NC 28202   1204 GENEVA, SWITZERLAND   75116 PARIS, FRANCE   LONDON, UNITED KINGDOM EC2V 7NG
312-558-5600   212-294-6700   213-615-1700   415-691-1000   704-350-7700   41-22-317-75-75   33-1-53-64-82-82   44-020-7105-0000

February 29, 2008

**Via ECF and First Class Mail**

The Honorable Judge Richard J. Leon
United States District Court,
District of the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Ramey v. Potomac Electric Power Co., No. 07-cv-2132 (RJL)

Dear Judge Leon:

      On February 25, 2008, Plaintiff Benjamin Ramey filed with this Court "Plaintiff's Opposition Motion In Support Of Defendant's Motion For Sanctions." See Docket Entry No. 18 (erroneously labeled as Plaintiff's opposition to Pepco's motion to strike). It is clear that Plaintiff intends this opposition to be responsive to Pepco's Motion For Sanctions, which Pepco has *not* yet filed. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Pepco served its motion for sanctions on Plaintiff on February 15, 2007. Consistent with Rule 11, Pepco is affording Plaintiff twenty-one days to voluntarily take the action requested in the motion. Pepco therefore has not yet filed its motion with the Court. Pepco informed Plaintiff of this twenty-one day period in the cover letter accompanying its motion. Pepco intends to comply with Rule 11 and will not file its Motion for Sanctions until twenty-one days have passed without Plaintiff's voluntary dismissal of his claims, among other things.

      Plaintiff's opposition is therefore not responsive to any motion currently pending before this Court. As such, Pepco respectfully requests that this Court reject Plaintiff's filing and remove it from the Docket until the opposition may properly be filed in response to any motion for sanctions that Pepco may file.

Sincerely,

Connie N. Bertram

cc:   Benjamin Ramey

DC:549341.1